1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | ) ) ) ) | CASE NO. MDL No. 1699 STIPULATION AND [PROPOSED] ORDER VACATING DISMISSAL WITH PREJUDICE |
|---|---|---|
| This Document Relates to: Johnny Fields        06-7284 CRB Manuel Gonzales   06-7284 CRB | ) ) ) ) ) ) | |

WHEREAS, the stipulations of dismissal for plaintiffs were entered inadvertently in connection with a dismissal involving multiple other plaintiffs' cases that were resolved at the same time;

THEREFORE, PLAINTIFFS AND DEFENDANTS HEREBY STIPULATE THAT, pursuant to Federal Rule of Civil Procedure 41(a), the Court should vacate the dismissal of these actions with prejudice and reinstate these cases to the Court's docket.

/////

/////

/////

/////

-1-
STIPULATION AND ORDER VACATING DISMISSAL WITH PREJUDICE
EAST\42349214.2

| | | |
|---|---|---|
| 1 | DATED: 12/2, 2009 | THE COREA FIRM, PLLC |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Thomas M. Corea |
|   | | Texas Bar No. 24037906 |
|   | | Kenneth P. Trosclair |
| 5 | | Texas Bar No. 24033548 |
|   | | Jeremy R. Wilson |
| 6 | | State Bar No. 24033548 |
|   | | The Republic Center |
| 7 | | 325 North St., Paul Street, Suite 4150 |
|   | | Dallas, Texas 75201 |
| 8 | | Telephone: 214.953.3900 |
|   | | Facsimile: 214.953.3901 |
| 9 | | |
|   | | ATTORNEYS FOR PLAINTIFFS |
| 10 | | |
| 11 | DATED: Dec. 3, 2009 | DLA PIPER LLP (US) |
| 12 | | |
| 13 | | By: _____/s/_____ |
|   | | Loren H. Brown |
| 14 | | 1251 Avenue of the Americas |
|   | | New York, New York 10020 |
| 15 | | Telephone: 212.335.4500 |
|   | | Facsimile: 212.335.4501 |
| 16 | | |
| 17 | | ATTORNEYS FOR DEFENDANTS |

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 1 1 2009

_____
Hon. Charles R. Breyer
United States District Court

-2-
STIPULATION AND ORDER VACATING DISMISSAL WITH PREJUDICE
EAST\42349214.2