Johnny Fields
400 E. Wintergreen Rd., #227
DeSoto, Texas 75115
Telephone: (972) 228-1042

Plaintiff *pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No.: 06-7284 CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Margaret E. Allen, et al.,<br>Plaintiffs<br>vs.<br>Pfizer Inc,<br>Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Johnny Fields, in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named

//

//

//

//

herein with each side bearing their own attorneys' fees and costs.

DATED: 12/26, 2010

By: ______________________

Johnny Fields
400 E. Wintergreen Rd., #227
DeSoto, Texas 75115
Telephone: (972) 228-1042

Plaintiff *pro se*

DATED: Dec. 1, 2010

By: ______________________

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Dec. 10, 2010

______________________
Hon. Charles R. Breyer
United States District Court